

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00302-CR

| | | |
|---|---|---|
| Shaquitta Deanna Horton | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1406350D) |
| v. | § | August 16, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr